THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HORACE WRIGHT, Appellant.

Argued March 1, 1945; decided April 12, 1945.

*William Leibowitz* for appellant.

*Frank S. Hogan, District Attorney (Whitman Knapp* and *Alan J. Elliot* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.